

FILED
MAR 19 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO AYALA,<br> aka "Pollo,"<br><br>Defendant. | 1:09-MJ-0048 GSA<br><br>ORDER STAYING MAGISTRATE JUDGE'S ORDER RELEASING DEFENDANT ON PROPERTY BOND PENDING HEARING ON THE GOVERNMENT'S MOTION FOR RECONSIDERATION HEARING |

Upon application of the United States Government for stay of this Court's release order for the above-named defendants, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to reconsider such order.

Dated: 3/19/09

GARY S. AUSTIN
U.S. Magistrate Judge