```
BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-0104 LJO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION RE: |
| ) | CONTINUANCE AND ORDER |
| ) | |
| ALFREDO AYALA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant ALFREDO AYALA, by and through his attorney, PRECILIANO MARTINEZ, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.   The parties to the above-captioned matter agree to vacate the January 14 deadline for the filing of the government's response and reset the filing date for January 15, 2010.

    2.   The parties stipulate that the brief continuance is necessitated by the government's attorney's work schedule and

1

1 | work-related travel on January 13.

2 | DATED: January 12, 2010                          Respectfully submitted,

3 |                                                  BENJAMIN B. WAGNER
  |                                                  United States Attorney

4 |                                                  By: /s/ Karen A. Escobar
5 |                                                      KAREN A. ESCOBAR
  |                                                  Assistant U.S. Attorney

7 |                                                  /s/ Preciliano Martinez
  |                                                  PRECILIANO MARTINEZ
8 |                                                  Attorney for Defendant
  |                                                  ALFREDO AYALA

                                O R D E R

Having read and considered the foregoing stipulation, the current January 14, 2010 deadline for the filing of the government's response is hereby vacated and reset for January 15, 2010.

IT IS SO ORDERED.

**Dated:  January 12, 2010**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

2