**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 09-0104 LJO |
| Plaintiff, | **ORDER ON DEFENDANT'S REQUEST FOR EVIDENTIARY HEARING** |
| vs. | |
| ALFREDO AYALA, | |
| Defendant. | |
| _____/ | |

The Court has received and reviewed the Government's opposition to the defendant's request for an evidentiary hearing (currently set for February 19, 2010 at 11:00 a.m.).

The Court requires the defendant to respond on or before noon on Friday, January 29, 2010. The only issue argued by the defendant on the issue of an evidentiary hearing is the credibility of the affiant on the 4th search warrant affidavit. Such an issue cannot be raised now by an unsubstantiated showing of falsity.

IT IS SO ORDERED.

**Dated:    January 22, 2010**        _____/s/ Lawrence J. O'Neill_____
                                                            UNITED STATES DISTRICT JUDGE

1