PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ALFREDO AYALA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>    vs. )<br>ALFREDO AYALA, )<br>            Defendant )<br> )<br> )<br> )<br> ) | CASE NO. 1:09-CR-00104-LJO<br><br>STIPULATION RE: CONTINUANCE<br>AND ORDER |

Defendant ALFREDO AYALA, by and through his attorney, PRECILIANO MARTINEZ, and the United States of America, by and through its attorney, KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to vacate the January 29, 2010 deadline for filing the defendant's response to the government's opposition and reset the filing date to February 1, 2010.

///

///

///

1

2.  The parties stipulate that the brief continuance is necessitated due to illness of defense counsel.

Dated:  January 29, 2010                                    Respectfully Submitted,


                                                            /s/ Preciliano Martinez
                                                            Preciliano Martinez
                                                            Attorney for Defendant
                                                            ALFREDO AYALA


                                                            /s/ Karen A. Escobar
                                                            Assistant U.S. Attorney

## **ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current January 29, 2010 deadline for filing the defendant's responses to the government's opposition is hereby vacated and reset to February 1, 2010.

Dated: January 29, 2010                                     /s/ Lawrence J. O'Neill
                                                            Lawrence J. O'Neill
                                                            U.S. District Judge