BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>ALFREDO AYALA,<br><br>                Defendant. | 1:09-CR-0104 LJO<br><br>STIPULATION RE:<br>CONTINUANCE AND ORDER |

    Defendant ALFREDO AYALA, by and through his attorney, PRECILIANO MARTINEZ, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

    1.   The parties to the above-captioned matter agree to vacate the April 23 deadline for the filing of the government's response and reset the filing date for May 14, 2010.  This will not affect the current hearing date of May 28, 2010.

    2.   The parties stipulate that the brief continuance is

1

necessitated by the government's attorney's current involvement in the trial of United States v. Flores, et al., 1:08-cr-124 OWW.

DATED: April 12, 2010                                    Respectfully submitted,

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

                                                         By: /s/ Karen A. Escobar
                                                           KAREN A. ESCOBAR
                                                           Assistant U.S. Attorney


                                                         /s/ Preciliano Martinez
                                                         PRECILIANO MARTINEZ
                                                         Attorney for Defendant
                                                         ALFREDO AYALA

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current April 23, 2010, deadline for the filing of the government's response is hereby vacated and reset for May 14, 2010.

        IT IS SO ORDERED.

**Dated:   April 13, 2010**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2