PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ALFREDO AYALA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-CR-00104-LJO |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| vs. ) | DATE, AND CONTINUING CASE |
| ) | |
| ) | Date: June 4, 2010 |
| ALFREDO AYALA, ) | Time: 12:30 p.m. |
| ) | Judge: Hon. Lawrence J. O'Neill |
| Defendant. ) | |

The defendant, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the Motion Hearing currently scheduled for Friday, June 4, 2010, at 12:30 p.m., should be vacated and this matter should be continued until Friday, June 18, 2010, at 11:00 a.m.

Continuance is requested due to my unavailability since I am currently in a trial in Modesto, CA, Stanislaus County (People vs. Julie Rodriguez, Case #1255861). This trial is set to end late tomorrow June 4, 2010 or early afternoon Monday, June 7, 2010.

///

///

///

1

Accordingly, the defendant and the United States agree and stipulate that the Motion Hearing date currently scheduled for Friday, June 4, 2010 at 12:30 p.m. should be vacated, and continued for 11:00 a.m. on Friday, June 18, 2010.

**IT IS SO STIPULATED**

Dated: June 3, 2010                                     /s/ Preciliano Martinez
                                                        PRECILIANO MARTINEZ
                                                        Attorney for Defendant
                                                        ALFREDO AYALA


Dated: June 3, 2010                                     /s/ Karen Escobar
                                                        Karen Escobar
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff


## ORDER

**IT IS SO ORDERED.**


Dated: _June 3, 2010                                    /s/ Lawrence J. O'Neill___
                                                        LAWRENCE J. O'NEILL
                                                        United States District Judge