PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
ALFREDO AYALA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | ) CASE NO. 1:09-CR-00140-LJO |
| Plaintiff, ) | ) |
| ) | STIPULATION AND ORDER VACATING |
| vs. ) | DATE, AND CONTINUING CASE |
| ) | ) |
| ALFREDO AYALA ) | DATE: September 30, 2010 |
| ) | TIME: 8:30a.m. |
| Defendant ) | Judge: HON. Lawrence J. O'Neill |
| ) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Karen Escobar, Counsel for Plaintiff, Attorney Preciliano Martinez, Counsel for Defendant Afredo Ayala that the Sentencing date scheduled for September 30, 2010, at, be vacated and the sentencing be continued to this court's calendar on October 22, 2010at 9:00 a.m.. More time is needed to complete the Safety Valve interview.

The court is advised that counsel have conferred about this request, that they have agreed to October 22, 2010 date and that Ms. Escobar has authorized Preciliano Martinez to sign this stipulation on her behalf.

**IT IS SO STIPULATED**

1

| | |
|---|---|
| DATED: September 27, 2010 | /s/ Preciliano Martinez<br>PRECILIANO MARTINEZ<br>Attorney for Defendant<br>Afredo Ayala |
| Dated: September 27, 2010 | /s/Karen Escobar<br>KAREN ESCOBAR<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**IT IS SO ORDERED.**

    Good Cause exists for the requested, stipulated continuance of the sentencing.  However, the Court is not available on the date requested.  The sentencing will be continued to November 5, 2010 at 8:30 a.m.

| | |
|---|---|
| Dated: September 27, 2010 | _/s/ Lawrence J. O'Neill_____<br>Hon. LAWRENCE J. O'NEILL<br>United States District Judge |